UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2368

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>                v.<br><br>1.) Cecilia Leonor Mahealani HAUOLI,<br>2.) Manuel Ricardo ORTEGA-Salas<br>3.) Victor PEREZ-Donato<br>4.) Feliciano LLANOS-Arias<br>5.) Samuel AGUILAR-Garcia<br>6.) Saul SANCHEZ-Silverio<br><br>                Defendant(s) | Magistrate Case No.<br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation |

The undersigned complainant, being duly sworn, states:

### COUNT ONE

On or about **July 30, 2008**, within the Southern District of California, defendant **Cecilia Leonor Mahealani HAUOLI** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Salomon ARRELLANO-Vargas, Julio PEREZ-Luna, Benjamin BRITO-Leyva, Lorenzo PINA-Aguilar and Gerardo RODAS-Diaz,** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT TWO

On or about **July 30, 2008**, within the Southern District of California, defendant **Manuel Ricardo ORTEGA-Salas, Victor PEREZ-Donato, Feliciano LLANOS-Arias, Samuel AGUILAR-Garcia, Saul SANCHEZ-Silverio** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Salomon ARRELLANO-Vargas, Julio PEREZ-Luna, Benjamin BRITO-Leyva, Lorenzo PINA-Aguilar** and **Gerardo RODAS-Diaz,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **AUGUST, 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

July 30, 2008

CONTINUATION OF COMPLAINT:
1.) Cecilia Leonor Mahealani HAUOLI
2.) Manuel Ricardo ORTEGA-Salas
3.) Victor PEREZ-Donato
4.) Feliciano LLANOS-Arias
5.) Samuel AGUILAR-Garcia
6.) Saul SANCHEZ-Silverio

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Salomon ARRELLANO-Vargas, Julio PEREZ-Luna, Benjamin BRITO-Leyva, Lorenzo PINA-Aguilar** and **Gerardo RODAS-Diaz,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 30, 2008, at approximately 10:35 a.m., Senior Patrol Agent C. Jones of the Chula Vista Intelligence Unit (CVIU) was conducting surveillance of an area known as the Glider Port in the Chula Vista Border Patrol Stations area of responsibility. The Glider Port is a landmark on Otay Lakes Road and is located approximately one mile east and two miles north of the Otay Mesa Port of Entry. Agent Jones was watching this area due to an increase of reports of alien smuggling activity and an increase of illegal alien traffic.

At this time, Agent Jones was driving eastbound on Otay Lakes Road in an unmarked Bureau vehicle in order to obtain a better view of the Glider Port when he came around the corner near the 7 1/2 mile marker. As Agent Jones came around the corner he noticed a group of approximately 17 individuals come out of some brush, and run to a white Ford Windstar Van that was parked blocking traffic facing westbound on Otay Lakes Road. Agent Jones noticed a female driver in the van, later identified as defendant **Cecilia Leonor Mahealani HAUOLI**, look at Agent Jones and immediately put the van in gear and speed off westbound on Otay Lakes Road leaving several individuals behind that then ran back into the brush. Agent Jones made a U-turn and began to follow the vehicle in order to obtain a license plate number and relay it to the marked units in the area.

The van then proceeded westbound on Otay Lakes Road at a high rate of speed. The van swerved into oncoming lanes attempting to pass vehicles and ran several red lights while still traveling westbound on Otay Lakes Road. The van finally stopped at a dead end driveway on Kuhn Drive. Agent Looney approached the van, identified himself as a United States Border Patrol Agent, and ordered the driver out of the van. Agent Looney noticed a passenger in the front passenger seat, later identified as defendant **Feliciano LLANOS-Arias**, who attempted to jump into the passenger compartment with the other suspected illegal aliens. Agent Looney secured HAUOLI and waited for other units to arrive for back up. Several other units arrived on the scene. Agent Looney encountered fifteen individuals lying on the floor of the van and hidden behind the seats, including defendants **Victor PEREZ-Donato** and **Manuel Ricardo ORTEGA-Salas**. Agent Looney identified himself as a United States Border Patrol Agent and conducted an immigration interview. All fifteen individuals, including LLANOS, stated that they were citizens and nationals of Mexico, and that they did not possess any immigration documents that would allow them to be or remain in the United States legally. At approximately 10:45 a.m., Agent Looney arrested all the occupants of the van, as well as HAUOLI, and had them transported to the Chula Vista Border Patrol Station for processing.

At approximately 11:45 a.m., Agent Jones and other Border Patrol Agents returned to the area where he initially encountered the van and had observed the other suspected illegal aliens run back into the brush. After searching the area, nine individuals were found, including defendants **Samuel AGUILAR-Garcia** and **Saul SANCHEZ-Silverio**. All nine admitted to being part of the group that ran back into the brush from the van.

**CONTINUATION OF COMPLAINT:**
1.) Cecilia Leonor Mahealani HAUOLI
2.) Manuel Ricardo ORTEGA-Salas
3.) Victor PEREZ-Donato
4.) Feliciano LLANOS-Arias
5.) Samuel AGUILAR-Garcia
6.) Saul SANCHEZ-Silverio

### DEFENDANT STATEMENT: Cecilia Leonor Mahealani HAUOLI

Defendant **Cecilia Leonor Mahealani HAUOLI** was advised of her Miranda Rights which she understood and agreed to speak without a lawyer present. HAUOLI stated that she is a citizen and national of the United States. HAUOLI stated that she first got involved in Alien Smuggling in approximately May 2008. HAUOLI claims to have been introduced into smuggling by a woman named LeAnn who introduced her to a man identified only as "Jose" who runs the organization.

HAUOLI stated that she was contacted by cellular telephone by Jose. Jose instructed her to go to a predetermined location on Otay Lakes Road and pick up four people. HAUOLI stated that she knew the pickup location because Jose and LeAnn had showed it to her approximately one month ago. HAUOLI stated that she drove out to Otay Lakes Road, pulled over to the shoulder of the road and honked the horn. HAUOLI stated that several people came running out towards the van. HAUOLI stated that she knew the people were illegal aliens and that "Jose" had agreed to pay her $100.00 per person.

### DEFENDANT STATEMENT: Manuel Ricardo ORTEGA-Salas

Defendant **Manuel Ricardo ORTEGA-Salas** was advised of his Miranda rights which he understood and was willing to answer questions without a lawyer present. ORTEGA stated that he is a citizen of Mexico. He stated that he does not have any immigration documents to enter the United States legally.

ORTEGA stated that he crossed into the United States illegally by walking through the mountains near Otay Mesa, California. ORTEGA stated that there were nine people total in his group, including him. The other two members of the group were the main foot guides and ORTEGA's friend from Tijuana. ORTEGA and his friend were helping the main foot guide, who was going to receive $200.00 or $250.00 per person that was being smuggled into the United States. ORTEGA stated that he and his friend were helping to cross the group and that they were going to be paid about $200 at the most for assisting the main foot guide. ORTEGA was also going to pay a lower smuggling fee of $1200.00 for his help.

ORTEGA was shown 25 Polaroid photographs of the entire group of individuals arrested in today's event. ORTEGA identified defendant **Victor PEREZ-Donato**, as his friend from Tijuana who was helping the group to cross and who was to receive about $200.00 from the main foot guide.

### DEFENDANT STATEMENT: Victor PEREZ-Donato

Defendant **Victor PEREZ-Donato** was advised of his Miranda Rights which he understood and was willing to answer questions freely without an attorney present. PEREZ stated that he is a citizen of Mexico. PEREZ stated that he has never possessed any immigration documents allowing him to enter or remain in the United States legally.

PEREZ stated that his friend Richard asked him if he wanted to work with him and another individual guiding a group across. He stated that he agreed and that he would be paid $300.00 dollars to help guide six illegal's into the United States. PEREZ stated that they had a total of nine people in the group, three guides and six illegals. PEREZ stated that on Wednesday morning they reached the load up destination and there was a group of 4 illegal's and a foot guide waiting there. He also stated that there was a third group that was behind his group. PEREZ stated that this group consisted of two foot guides and 8 illegals. He stated that the vehicle arrived and honked its horn. PEREZ stated that both groups ran and piled into the vehicle. He

**CONTINUATION OF COMPLAINT:**
1.) Cecilia Leonor Mahealani HAUOLI
2.) Manuel Ricardo ORTEGA-Salas
3.) Victor PEREZ-Donato
4.) Feliciano LLANOS-Arias
5.) Samuel AGUILAR-Garcia
6.) Saul SANCHEZ-Silverio

stated that they drove for a while until the van came to an abrupt stop. He stated that the driver of the van exited the vehicle but was quickly apprehended by the Border Patrol.

PEREZ was shown 25 Polaroid photographs of all the subjects involved in the smuggling event. PEREZ identified defendant **Manuel Ricardo ORTEGA-Salas**, as his friend Richard who was one of the foot guides in his group. He also defendant **Saul SANCHEZ-Silverio**, as one of the foot guides that led the third group behind his, defendant **Samuel AGUILAR-Garcia**, as the second foot guide that led the third group behind his, defendant **Feliciano LLANOS-Arias**, as the lone foot guide that led the group of four, and defendant **Cecilia Leonor Mahealani HAUOLI**, as the load driver of the white van.

**DEFENDANT STATEMENT: Feliciano LLANOS-Arias**
Defendant **Feliciano LLANOS-Arias** was advised of his Miranda rights which he understood and was willing to answer questions without the presence of an attorney. LLANOS stated that he is a citizen Mexico and does not have nor has he ever had any immigration documents allowing him to enter or be in the United States legally.

LLANOS admitted that on July 30th, 2008, he working as a foot-guide. LLANOS stated that he was aware that that the four people that he guided into the United States were unlawfully in the United States. LLANOS admitted that he was going to get paid $200.00 USD for smuggling the undocumented aliens into the United States. He stated that when his group arrived to the spot where they were going to be picked up there were already several other illegal aliens that were already waiting for a vehicle to pick them up. When the white van arrived, his group ran towards and loaded into the white van with the other group.

**DEFENDANT STATEMENT: Samuel AGUILAR-Garcia**
Defendant **Samuel AGUILAR-Garcia** was advised of his Miranda rights which he understood and was willing to make a statement without an attorney present. AGUILAR stated that he is a citizen and national of Mexico and that he does not posses any immigration documents that would allow him to be or remain in the United States legally.

AGUILAR stated that he knows defendant SANCHEZ was an alien smuggler because he lives near his mother's house and has observed him guiding groups into the United States on several occasions. AGUILAR asked SANCHEZ if he could help him smuggle undocumented aliens into the United States in return for monetary compensation. SANCHEZ agreed and told AGUILAR that he could help him guide a group of undocumented aliens into the United States. AGUILAR stated that he met with SANCHEZ and the group of nine subjects on July 29, 2008 near the United States/Mexico International boundary fence. AGUILAR stated that he and SANCHEZ then smuggled the group of undocumented aliens into United States afoot. AGUILAR further stated that his job was to relay signals to the rest of the group from SANCHEZ, who was walking in front, and to tell them when to sit down, lay down, or hide. AGUILAR stated that after walking for approximately two days, the group arrived at the location where they were supposed to be picked up by a load driver. At this point SANCHEZ broke off from the rest of the group with two of the subjects they were smuggling. Approximately ten minutes later, AGUILAR heard a vehicle, followed by the sound of screeching brakes. SANCHEZ then returned alone and told the group that they would be waiting a bit longer and to lie down.

CONTINUATION OF COMPLAINT:
1.) Cecilia Leonor Mahealani HAUOLI
2.) Mañuel Ricardo ORTEGA-Salas
3.) Victor PEREZ-Donato
4.) Feliciano LLANOS-Arias
5.) Samuel AGUILAR-Garcia
6.) Saul SANCHEZ-Silverio

AGUILAR stated that he was unsure exactly how much he was going to be paid for helping SANCHEZ smuggle the group of undocumented aliens into the United States. AGUILAR stated that SANCHEZ told him he would make sure he was taken to Los Angeles, California and that they would discuss his share of the smuggling fee at a later time.

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Salomon ARRELLANO-Vargas, Julio PEREZ-Luna, Benjamin BRITO-Leyva, Lorenzo PINA-Aguilar** and **Gerardo RODAS-Diaz,** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to not possessing any immigration documents which would allow them to enter or remain in the United States legally. The material witnesses stated that they were to pay $1,500.00 to $2,000 (USD) to be smuggled into the United States. All five Material witnesses were shown twenty-five individually numbered Polaroid photographs of each individual apprehended in this event. ARRELLANO, PINA and RODAS were able to identify defendants **Samuel AGUILAR-Garcia** and **Saul SANCHEZ-Silverio** as the foot guides of their group. ARRELLANO, PEREZ and BRITO were able to identify defendant **Cecilia Leonor Mahealani HAUOLI**, as the driver of the load vehicle. PEREZ and BRITO were able to identify defendant **Feliciano LLANOS-Arias**, as the foot guide of their group.