# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08MJ2368 **A 10:45**
                         )
         vs              )   ABSTRACT OF ORDER
                         )
  *Hauoli, et al,*       )   Booking No. _____
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___ 8/14/08 ___

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

✓ (*) Defendant appeared in Court, FINGERPRINT & RELEASE. *Material Witness Julio Perez-Luna*

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ (*) Other *Incorrect Bond filed (Bond set @ $15,000 P/S)*
✓ *Abstract Order issued on 8/13/08 to Recalled*

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.    Clerk
by
[signature] /Deputy Clerk   **V. MADUENO**

Received _____
       DUSM

Crim-9  (Rev 6-95)                       ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY