UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff )
                          )  CRIMINAL NO. __08mj2368__
vs. )
                          )  ORDER
Cecilia Leonor Mahealani Hauoli )
          Defendant(s) et al. )  RELEASING MATERIAL WITNESS
                          )
                          )  Booking No.

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Gerardo Rodas-Diaz

DATED: __8/28/08__

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _Rhee Rhne_
           Deputy Clerk

R. Rhone