# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )

       Plaintiff         )

                  )

     vs.             )

*Leonor Mahealani Havili*  )

       Defendant(s)    )

CRIMINAL NO. *08mj2368*

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Benjamin Brito-Leyva*

DATED: *8/29/08*

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by

               Deputy Clerk  J. PARIS

☆ U.S. GPO: 2003-581-774/70082